No. 5078.—Pueblo, apldo., v. Rivera, aplte.—C. D. San Juan. Mayo 23, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede sobre desestimación del presente recurso, oído el acusado en oposición a la misma, examinada la transcripción de evidencia, y apareciendo que el conflicto que existe en la prueba ha sido resuelto dos veces en contra del acusado; primero por la corte municipal, y luego después de un juicio *de novo*, por la corte de distrito, sin que exista ningún error manifiesto en la apreciación hecha por el juez sentenciador, se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan en septiembre 16, 1932.

No. 4876.—Pueblo, apldo., v. De Thomas, aplte.—C. D. Humacao.  Junio 24, 1933.

Examinados los autos y los alegatos y vistos los casos de *El Pueblo* v. *Rodríguez*, 44 D.P.R. 578 y *El Pueblo* v. *Peña*, 44 D.P.R. 588, se revoca la sentencia apelada y se devuelve el caso a la corte inferior para ulteriores procedimientos de acuerdo con lo indicado en las referidas opiniones.

No. 5145.—Pueblo, apldo., v. Del Llano, aplte.—C. D. Arecibo. Noviembre 17, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Vista esta apelación contra sentencia que condena al recurrente por vender café tostado adulterado con azúcar quemada; y apareciendo que no es sostenible el único motivo alegado para esta apelación porque la prueba que fué presentada en el juicio es suficiente para concluir que dicho café fué vendido por el apelante, debemos confirmar y confirmamos la sentencia apelada.